**Jessie HILL, Appellant,**

v.

**Robert RECTENWALD, Dr., Maximum Security Unit, ADC; James Gibson, Internal Affair Administrator, Arkansas Department of Correction; Jeffrey Ewell, CO–II, Maximum Security Unit, ADC; Michael Hughes, CO–II,**

of Arkansas.

Maximum Security Unit, ADC; Wendy Kelley, Deputy Director, Arkansas Department of Correction; David N. White, Warden, Maximum Security Unit, ADC; Randall E. Manus, Assistant Warden, Maximum Security Unit, ADC; Ray Hobbs, Acting Director, Arkansas Department of Correction; John Doe, Rehab Program Manager, Arkansas Department of Correction; Larry Norris, Retired Director, Arkansas Department of Correction, Appellees.

No. 11–3012.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 25, 2012.

Filed: July 5, 2012.

Jessie Hill, Arkansas Department of Correction, Tucker, AR, pro se.

Brent J. Eubanks, Humphries & Lewis, White Hall, AR, Ka Tina R. Hodge, Assistant Attorney General, Attorney General's Office, argued, Little Rock, AR, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Inmate Jessie Hill appeals following the district court's [1] entry of judgment against him in his 42 U.S.C. § 1983 action. Having conducted de novo review of the record, and having considered the parties' submissions on appeal, we find no basis to conclude that the district court committed error (1) in dismissing some defendants prior to service pursuant to 28 U.S.C. § 1915A, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir.1999); (2) in dismissing other defendants and claims upon these parties' motions under Federal Rule of Civil Procedure 12(b)(6), see McAdams v. McCord, 584 F.3d 1111, 1113 (8th Cir. 2009); and (3) in granting summary judgment against Hill on his claims against the remaining defendants, see Schoelch v. Mitchell, 625 F.3d 1041, 1045–46 (8th Cir. 2010) (8th Cir.2010). The district court is affirmed. See 8th Cir. R. 47B.

---

[1]. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.